IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00089-CV

 

Anadarko Petroleum Corporation,

                                                                      Appellant

 v.

 

T-Bar X Limited Company,

                                                                      Appellee

 

 

 



From the 82nd District Court

Robertson County, Texas

Trial Court # 01-05-16,218-CV

 



MEMORANDUM 
Opinion



 

          The
parties have filed a joint motion to reverse the trial court’s judgment and
remand this case to the trial court for entry of a judgment in accordance with
the parties’ settlement agreement.  See
Tex. R.
App. P. 42.1(a)(2)(B).  They ask
that costs be taxed against the party incurring same.  Id. 42.1(d). 
The substance of the motion is granted. 
The judgment is set aside without regard to the merits and this case is
remanded to the trial court for entry of a judgment in accordance with the
parties’ settlement agreement.  Costs are
taxed against the party incurring same.




PER CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Judgment set aside and remanded

Opinion delivered and filed January
 26, 2005

[CV06]